**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARIA LAMONT,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-3219 |
| | § | |
| **STATOIL GULF SERVICES, LLC,** | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE GRAY H. MILLER:

Plaintiff Maria Lamont and Defendant Statoil Gulf Services, LLC (collectively, "the Parties") file this Joint Motion to Dismiss with Prejudice.

The Parties have fully and finally resolved, settled and compromised all claims in this litigation.

Accordingly, the Parties to this action respectfully request that all claims of all Parties be dismissed with prejudice, and the Parties request that the Court sign and enter the attached Agreed Order of Dismissal with Prejudice.

Dated:  April 11, 2018	Respectfully submitted,

**KENNARD RICHARD, P.C.**

*/s/ Alfonso Kennard, Jr.*
    Alfonso Kennard, Jr.
    Texas Bar No. 24036888
    Federal ID No. 713316
    José E. Galvan
    Texas Bar No. 24083039
    Federal ID No. 2200705
    2603 Augusta Drive, Suite 1450
    Houston, Texas  77057
    (713) 742-0900
    alfonso.kennard@kennardlaw.com
    jose.galvan@kennardlaw.com

**ATTORNEYS FOR PLAINTIFF
MARIA LAMONT**


**BECK | REDDEN L.L.P.**

*/s/ Fields Alexander*
    Fields Alexander
    Texas Bar No. 00783528
    Federal ID No. 16427
    Kate Skagerberg
    Texas Bar No. 24058578
    Federal ID No. 1121430
    Jacqueline Furlow
    Texas Bar No. 24087551
    Federal ID. No. 2191275
1221 McKinney, Suite 4500
Houston, Texas 77010
(713) 951-3700
falexander@beckredden.com
kskagerberg@beckredden.com
jfurlow@beckredden.com

**ATTORNEYS FOR DEFENDANT
STATOIL GULF SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of April 2018, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this case.


*/s/ Alfonso Kennard, Jr.*
Alfonso Kennard, Jr.