United States District Court
Southern District of Texas
**ENTERED**
April 17, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA LAMONT, § § § Plaintiff, | |
| v. § | CIVIL ACTION NO. 4:17-CV-3219 |
| STATOIL GULF SERVICES, LLC, § § § Defendant. | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Joint Motion to Dismiss with Prejudice submitted by the parties to this action. Having considered the Motion, the pleadings, and the papers on file in this case, the Court is of the opinion that the motion should be, in all things, GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that the above captioned cause, including all claims and causes of action asserted, be and the same are hereby dismissed with prejudice to the rights of all parties to refile the same or any part thereof.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that all costs of Court in this cause are taxed against the party incurring the same.

All other relief not expressly granted herein is DENIED.

Signed this 17 day of April, 2018.

_____
The Honorable Gray H. Miller